IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AMID MERGER GP II, LLC                                              PLAINTIFF

v.                          No. 3:19-cv-353-DPM

CHARISSE CHILDERS, Director,
Arkansas Department of Workforce
Services and BMH PROPANE, LLC                                       DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 August 2021